Argued and submitted June 13, reversed and remanded for reconsideration July 10, 1996

In the Matter of the Compensation of
Shawn P. Harold, Claimant.

SAIF CORPORATION,
*Petitioner,*
*and*

GROTH GATES SHEET METAL, INC.,
*Employer,*

*v.*

Shawn P. HAROLD,
*Respondent.*

(WCB Nos. 93-10705, 93-05259; CA A88371)

919 P2d 546

Steve Cotton, Special Assistant Attorney General, argued the cause for petitioner. With him on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General.

Darris K. Rowell argued the cause for respondent.

Before Deits, Presiding Judge, and De Muniz and Haselton, Judges.

PER CURIAM

Reversed and remanded for reconsideration. *Volk v. America West Airlines,* 135 Or App 565, 899 P2d 746 (1995), *rev den* 322 Or 645 (1996).